IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
CIVIL ACTION NO.:

| | |
|---|---|
| NATIONWIDE MUTUAL FIRE INSURANCE COMPANY<br><br>Plaintiff,<br><br>v.<br><br>SMOKY MOUNTAIN COUNTRY CLUB PROPERTY OWNERS ASSOCIATION, INC., and SMCC CLUBHOUSE, LLC, a North Carolina Limited Liability Company,<br><br>Defendants. | **NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that Philip A. Collins of the law firm of Bailey & Dixon, LLP, will appear as counsel in this action on behalf of Defendant Nationwide Mutual Fire Insurance Company, and further requests that a copy of any and all future documents, calendars or other information whatsoever related to this matter, either mailed, faxed, emailed or otherwise transmitted by the Court or the other attorneys heretofore appearing, be served upon the undersigned.

This the 23rd day of April, 2019.

BAILEY & DIXON, LLP

By: /S/ Philip A. Collins
Philip A. Collins, NC State Bar #29153
Attorneys for Defendant Nationwide Mutual Fire Insurance Company
Post Office Box 1351
Raleigh, North Carolina 27602-1351
Telephone: (919) 828-0731
Facsimile: (919) 828-6592
E-Mail: pcollins@bdixon.com